IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02827-BNB

AVALANCHE EQUIPMENT, LLC,

Plaintiff,

v.

WILLIAMS-SOUTHERN COMPANY, LLC,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion to Withdraw as Co-Counsel for Plaintiff** [docket no. 22, filed August 7, 2014] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. Kelley G. Shirk is granted leave to withdraw from the representation of plaintiff and is to be removed from the electronic service.


DATED:  August 8, 2014