IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-2827-BNB-MJW

AVALANCHE EQUIPMENT, LLC,

Plaintiff,

v.

WILLIAMS-SOUTHERN COMPANY, LLC,

Defendant.

---

## ORDER

---

Pending is **Avalanch Equipment, LLC's Motion for Summary Judgment** [Doc. # 18, filed 5/30/2014] (the "Motion for Summary Judgment").  I ruled on the Motion for Summary Judgment orally and on the record at the final pretrial conference this morning, and that ruling is incorporated here.

IT IS ORDERED that the Motion for Summary Judgment [Doc. # 18] is DENIED.

DATED August 28, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge