IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02827-BNB

AVALANCHE EQUIPMENT, LLC,

Plaintiff,

v.

WILLIAMS-SOUTHERN COMPANY, LLC,

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Hearing Set by Minute Order [Doc #30]** [docket no. 34, filed September 17, 2014] (the "Motion"), and the entry of appearance of new defense counsel [docket no, 33, filed September 17, 2014]

IT IS ORDERED that the Motion is GRANTED and the hearing set for September 17, 2014, at 3:00 TODAY, is **VACATED**.

IT IS FURTHER ORDERED that the **Unopposed Motion to Withdraw as Attorneys of Record for Defendant Williams-Southern Company, LLC** [docket no. 29, filed September 5, 2014] is GRANTED. Eric Laury and Kim Ritter are granted leave to withdraw from the representation of defendant and are to be removed from the electronic service.


DATED:  September 17, 2014