IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02827-NYW-MJW

AVALANCHE EQUIPMENT, LLC,

    Plaintiff,

v.

WILLIAMS-SOUTHERN COMPANY, LLC,

    Defendant.

---

**AMENDED FINAL JUDGMENT**

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following AMENDED FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Order entered by the Honorable Nina Y. Wang on June 11, 2015, incorporated herein by reference, it is

ORDERED that Plaintiff AVALANCHE EQUIPMENT, LLC recover from the Defendant WILLIAMS-SOUTHERN COMPANY, LLC the amount of one hundred sixty-one thousand, six hundred forty-six dollars and eighty cents ($161,646.80), which includes prejudgment interest at the rate of 1.5% <u>per month</u>, plus post-judgment interest at the rate of .27%.  It is

FURTHER ORDERED that Plaintiff AVALANCHE EQUIPMENT, LLC is awarded $50,614.51 accrued interest on unpaid invoices, using a simple interest calculation. It is

FURTHER ORDERED that Plaintiff AVALANCHE EQUIPMENT, LLC is awarded $37,335.60 in attorney's fees and costs.

DATED at Denver, Colorado this  18th   day of June, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/N. Marble
N. Marble,
Deputy Clerk